

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

> Application granted. Mr. Braverman is excused from the 12/16/2022 initial conference; and Mr. McCabe may appear in his stead on behalf of Defendant Elijah Briggs for purposes of this conference.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 39.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 15, 2022

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** *United States v. Williams, et al 'Elijah Briggs'*
*Case No.: 22 Cr. 641*

Dear Judge Halpern,

    I was assigned pursuant to the Criminal Justice Act to represent Elijah Briggs in the above referenced case. A status conference is scheduled for December 16, 2022 at 9:30am, at which time I will be unavailable due to a previously scheduled matter. As a result, I respectfully request that, Sean McCabe, an associate from my office, be allowed to stand in for me at the upcoming conference.

    Thank you for your attention in this matter.

    Respectfully Submitted,

    s/Samuel Braverman,
    Samuel Braverman, Esq.,
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007
    Tel. 212-566-6213

Cc: AUSA 'via ECF'

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724