UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

ELIJAH BRIGGS,

                              Defendant.
-------------------------------------------------------X

**SCHEDULING ORDER**

22-CR-00641-11 (PMH)

PHILIP M. HALPERN, United States District Judge:

      A Change of Plea Hearing in this matter is scheduled for June 13, 2024 at 2:30 p.m. in Courtroom 520.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED.**

Dated: White Plains, New York
          June 12, 2024

_____
Philip M. Halpern
United States District Judge